HUGH H. MAWHINNEY, Suing on Behalf of Himself and Others, Respondent, *v.* CORNELIUS N. BLISS et al., Defendants, and BANKERS' TRUST COMPANY et al., Appellants.

*Mawhinney* v. *Bliss*, 124 App. Div. 609, affirmed.
(Argued February 8, 1909; decided February 23, 1909.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered March 6, 1908, which affirmed an interlocutory judgment of Special Term overruling a demurrer to the complaint in an action to compel an accounting by the members of the reorganization committee of the American Cotton Company, an insolvent corporation.

The following question was certified: "Does the complaint state facts sufficient to constitute a cause of action?"

*Joseph M. Hartfield* for appellants.

*James A. Allen* and *Roger Foster* for respondent.

Order affirmed, with costs; question certified answered in the affirmative; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.

---

In the Matter of the Application of the VILLAGE OF POTSDAM, Appellant.

THE POTSDAM ELECTRIC LIGHT AND POWER COMPANY, Respondent.

*Matter of Village of Potsdam*, 127 App. Div. 932, affirmed.
(Argued February 9, 1909; decided February 23, 1909.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered September 7, 1908, which affirmed an order of the state commission of gas and electricity denying an application for a certificate of authority to establish an electric lighting system for

supplying the inhabitants of the village of Potsdam with electric light.

*Clarence S. Ferris* and *A. X. Parker* for appellant.

*Louis L. Waters* for respondent.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.

---

LAWRENCE BASTABLE, Respondent, *v.* WILLIAM J. CARROLL, Appellant.

*Bastable* v. *Carroll,* 128 App. Div. 901, appeal dismissed.
(Submitted February 9, 1909; decided February 23, 1909.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered October 21, 1908, which affirmed an order of Special Term denying a motion to vacate a stipulation in settlement of an action to restrain the defendant from designating himself as the successor of a certain firm. It was alleged that the stipulation was entered into on the part of defendant's attorney without authority.

*Robert O'Byrne* for appellant.

*Robert W. Crawford* for respondent.

Appeal dismissed, with costs; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.

---

FIRESTONE TIRE AND RUBBER COMPANY, on Behalf of Itself and Other Creditors, Appellants, *v.* GEORGE B. AGNEW et al., Respondents.

(Submitted February 15, 1909; decided February 23, 1909.)

Motion for re-argument denied, with ten dollars costs. (See 194 N. Y. 165.)